# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:20-CR-38 |
| | ) | |
| GUY JENKINS | ) | |
| | ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) grant the oral motion of the parties to amend the plea agreement, as reflected in the parties' subsequent filing [D. 9]; (2) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (3) accept Defendant's pleas of guilty to Count One of the Information, that is, conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A), and Count Two of the Information, that is, being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1); (4) adjudicate Defendant guilty of the charges in Counts One and Two of the Information; and (5) find that Defendant shall remain in custody until sentencing in this matter [D. 7]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate

1

judge's report and recommendation [D. 7] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) The oral motion to amend the plea agreement is **GRANTED,** as reflected in the parties' filing of the amended plea agreement [D. 9];

(2) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(3) Defendant's pleas of guilty to Count One of the Information, that is, conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A), and Count Two of the Information, that is, being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), are **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Information;

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 29, 2020 at 11:00 a.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**